UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CANDELARIO FLORES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:16-CV-3008-G |
| ALLSTATE VEHICLE AND PROPERTY ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The agreed motion to abate litigation pending completion of appraisal (docket entry 26) is **GRANTED**. In an effort to manage this court's docket more efficiently, this case will be **ADMINISTRATIVELY CLOSED**. The case may be reopened, without prejudice, upon the motion of any party. The right to reopen shall continue until 15 days after an appraisal award is issued.

**SO ORDERED**.

October 2, 2017.

_____
**A. JOE FISH**
**Senior United States District Judge**